**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-11457-mdc |
| David Scott Stafford, | Chapter 7 |
| Debtor. | |

**Cibik Law, P.C.'s Motion to Withdraw as Counsel for Debtor**

**AND NOW**, Cibik Law, P.C. (the "Movant"), by and through Michael A. Cibik, Esq., moves this Court for entry of an order withdrawing its appearance as counsel to the Debtor. In support of this motion, the Movant states as follows:

1. The Movant is and has been counsel to the Debtor since this case was filed under chapter 7 on May 18, 2023.

2. The Movant believes that it is in the best interests of the Debtor to withdraw as counsel.

3. Grounds for relief exist pursuant to Pa. R. Prof'l. Cond. 1.16(b), but stating particular facts in support of this motion would be inconsistent with Pa. R. Prof'l. Cond. 1.6.

4. Accordingly, the Movant requests that the Court issue an order withdrawing Cibik Law P.C.'s appearance as Counsel to the Debtor.

**NOW, THEREFORE**, the Movant asks this Court to grant relief in the form of order attached and to grant such other relief in its favor as may be necessary and proper under the law.

Date: December 28, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com