**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>David Scott Stafford,<br><br>Debtor. | Case No. 23-11457-mdc<br><br>Chapter 7 |

**Order Granting Cibik Law, P.C.'s Motion to Withdraw as**
**Counsel for Debtor**

**AND NOW**, upon consideration of Cibik Law, P.C.'s Motion to Withdraw as Counsel for Debtor, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. Cibik Law, P.C.'s appearance as Debtor's counsel is **WITHDRAWN**, effective immediately.

Date: _____

                                                                              _____
                                                                              Magdeline D. Coleman
                                                                              Chief U.S. Bankruptcy Judge