# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>David Scott Stafford,<br><br>Debtor. | Case No. 23-11457-mdc<br><br>Chapter 7 |

## Certificate of Service

    I certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

    I further certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Cibik Law, P.C.'s Motion to Withdraw as Counsel for Debtor

- Notice of Cibik Law, P.C.'s Motion to Withdraw as Counsel for Debtor, Response Deadline, and Hearing Date

Date: December 28, 2023

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## EXHIBIT

David Scott Stafford
1815 John F Kennedy Blvd
Unit 1406
Philadelphia, PA 19103-1731