**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>　　David Scott Stafford,<br><br>　　　　Debtor. | Case No. 23-11457-mdc<br><br>Chapter 7 |

## Praecipe to Withdraw Document

To the Clerk of Court:

Please withdraw the Debtor's Motion to Withdraw as Attorney, which was filed with the Court on December 28, 2023, as ECF No. 53. Thank you.

Date: January 9, 2024                    CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　　　　　*Counsel for Debtor*

　　　　　　　　　　　　　　　　　　　　By: /s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com