**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

    David Scott Stafford,

        Debtor.

Case No. 23-11457-mdc

Chapter 7

**Debtor's Motion to Dismiss Case**

Debtor David Scott Stafford, by and through his attorney, states as follows:

1. This case was filed voluntarily under chapter 7.

2. The Debtor wishes to dismiss this case pursuant to 11 U.S.C. § 707(b)(1).

3. Dismissal is in the best interest of creditors because the Debtor has the potential to pay creditors outside of bankruptcy.

4. In demonstration of his good faith approach to the bankruptcy process, the Debtor proposes that the Court dismiss this case with a one-year prohibition from filing another bankruptcy.

For those reasons, the Debtor respectfully moves the Court to grant relief in the form of order attached and further in his favor, if necessary and proper under the law.

Date: January 9, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com