**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>David Scott Stafford,<br><br>Debtor. | Case No. 23-11457-mdc<br><br>Chapter 7 |

**Order Granting Debtor's Motion to Dismiss Case**

**AND NOW**, upon consideration of the Debtor's Motion to Dismiss Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This case is **DISMISSED**.

3. The Debtor is prohibited from filing, individually or jointly, any subsequent bankruptcy case on or before February 6, 2025, without further leave of Court and a showing of extenuating circumstances.

Date: _____

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge