# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    David Scott Stafford,

              Debtor.

Case No. 23-11457-mdc

Chapter 7

## Certificate of Service

    I certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

    I further certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Debtor's Motion to Dismiss Case

- Notice of Debtor's Motion to Dismiss Case, Response Deadline, and Hearing Date

Date: January 9, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

A.R. SINCLAIR LLC
3801 POPLAR ST
PHILADELPHIA, PA 19104-1113

A-1 BRACKET GROUP INC
145 W PHILADELPHIA AVE
MORRISVILLE, PA 19067-2433

ACURIO'S FLOORS
31 CLOVERDALE AVE
UPPER DARBY, PA 19082-1207

ALL-STATE SERVICES
4326 MAIN ST. STE. 2B
PHILADELPHIA, PA 19127-1421

AMEX
CORRESPONDENCE/BANKRUPTCY
PO BOX 981540
EL PASO, TX 79998-1540

A-ONE ELECTRIC, LLC
461 ALCOTT ST
PHILADELPHIA, PA 19120-1101

APEX SERVICES INC
917 RAY AVE
CROYDON, PA 19021-7510

AQUEDUCT FIRE PROTECTION
1773 GLASSBORO ROAD
WILLIAMSTOWN , NJ 08094-8723

ARCHITECTURAL WINDOW CORPORATION
1901 E HAZZARD ST UNIT A
PHILADELPHIA, PA 19125-1304

ASANA PARTNERS, L.P.
1616 CAMDEN ROAD SUITE 210
CHARLOTTE, NC 28203-4925

AVALON FLOORING
2030 SPRINGDALE RD
CHERRY HILL, NJ 08003-2052

BANK OF AMERICA
ATTN: BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA, FL 33634-2413

BRICK N. 2ND STREET L.P.
801 S. 47TH STREET
PHILADELPHIA, PA 19143-3670

BUSINESS IN BALANCE GROUP, LLC
6239 CARPENTER ST
PHILADELPHIA, PA 19143-2906

C&R BUILDING SUPPLY
1600 WASHINGTON AVE
PHILADELPHIA, PA 19146-3019

CAMPOS ENTERPRISES LLC
4936 N 6TH ST
PHILADELPHIA, PA 19120-3706

CAPITAL ONE
P.O. BOX 30285
SALT LAKE CITY, UT 84130-0285

CARTER LUMBER
601 TALLMADGE RD.
KENT, OH 44240-7331

CAVA BUILDING SUPPLY
2007 WASHINGTON AVE
PHILADELPHIA, PA 19146-2632

CITIBANK
P.O. BOX 790034
ST LOUIS, MO 63179-0034

CITY CENTER CONSTRUCTION CORP.
2930 JASPER STREET, UNIT 206
PHILADELPHIA, PA 19134-3525

CITY OF PHILADELPHIA
PARKING VIOLATION BRANCH
PO BOX 41819
PHILADELPHIA, PA 19101-1819

CITY OF PHILADELPHIA LAW DEPARTMENT
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1617

COASTAL INSULATION & INSTALLED
PRODUCTS
100 LAKE DR
EAST WINDSOR, NJ 08520-5364

COHEN SEGLIAS PALLAS GREENHALL &
FURMAN PC
1600 MARKET ST FL 32
PHILADELPHIA, PA 19103-7210

DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054-3025

EDCO INSULATION
3143 ALMOND ST
PHILADELPHIA, PA 19134-5116

ELITE FIRE PROTECTION CORP
4020 WEST CHESTER PIKE
NEWTOWN SQUARE, PA 19073-3210

ENDURANCE ASSURANCE CORPORATION
750 3RD AVE FLOOR 1819
NEW YORK, NY 10017-2703

ESPANA CONSTRUCTION
820 WASHINGTON AVE
PHILADELPHIA, PA 19147-4717

| | | |
|---|---|---|
| EXCEL PLUMBING<br>7136 JAMES ST<br>PHILADELPHIA, PA 19135 | FERGUSON ENTERPRISES INC<br>751 LAKEFRONT COMMONS<br>NEWPORT NEWS, VA 23606-3322 | FERNROCK HOME IMPROVEMENTS<br>111 BRILL ST<br>LAKEWOOD, NJ 08701-4112 |
| FLOOR COVERINGS INTERNATIONAL<br>5390 TRIANGLE PARKWAY #125<br>NORCROSS, GA 30092-8007 | GERHARD'S<br>290 N KESWICK AVE<br>GLENSIDE, PA 19038-4804 | GORDON GLASS, LTD<br>1927 STOUT DR STE 4<br>WARMINSTER, PA 18974-3870 |
| GUIDANCE RES/US BK<br>ATTN: BANKRUPTCY 800 NICOLLET MALL<br>MINNEAPOLIS, MN 55402-7000 | HARBISON DAIRY REDEVELOPMENT LIMITED<br>1733 PINE ST APT 101<br>PHILADELPHIA, PA 19103-6789 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JR WELDING<br>133 E ELEANOR ST<br>PHILADELPHIA, PA 19120-3905 | KEYBANK N.A.<br>ATTN: BANKRUPTCY<br>4910 TIEDEMAN RD OH-01-51-0622<br>BROOKLYN, OH 44144-2338 |
| KEYSTONE GRANITE & TILE<br>406 CAREDEAN DR.<br>HORSHAM, PA 19044-1315 | KINGKINER BROS<br>441 LEVERINGTON AVE<br>PHILADELPHIA, PA 19128-3315 | L. BRAGA HARDWOOD FLOORS<br>41 MONROE ST.<br>NEWARK, NJ 07105-2357 |
| M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | MARJAM SUPPLY COMPANY<br>885 CONKLIN ST<br>FARMINGDALE, NY 11735-2400 | MASTERCRAFT PAINTING & FINISHES<br>654 GARDEN RD<br>GLENSIDE, PA 19038-5110 |
| MB FACADE GROUP LLC<br>2627 BROWNSVILLE ROAD<br>LANGHORNE, PA 19053-3203 | MECHANICAL SOLUTIONS ASSOCIATES<br>200 RACOOSIN DRIVE # 111<br>ASTON, PA 19014-1572 | MNA CONSTRUCTION INC<br>46 PERCH DR<br>MAHOPAC, NY 10541-1938 |
| MOBILE MINI<br>4601 PEARCE ST<br>PHILADELPHIA, PA 19137-1101 | NORMAN CARPET ONE<br>574 LANCASTER AVE<br>BRYN MAWR, PA 19010-3863 | PA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 |
| PARKER & ASSOCIATES<br>1308 SPRUCE ST<br>PHILADELPHIA, PA 19107-5864 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>P.O. BOX 280946<br>HARRISBURG, PA 17128-0946 | PENNSYLVANIA OFFICE OF ATTORNEY<br>GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT<br>SECTION<br>STRAWBERRY SQUARE 15TH FLOOR<br>HARRISBURG PA 17120-0001 |
| PENNSYLVANIA OFFICE OF GENERAL<br>COUNSEL<br>333 MARKET ST FL 17<br>HARRISBURG, PA 17101-2210 | PHILADELPHIA<br>900 MARKET STREET<br>SUITE 400<br>PHILADELPHIA, PA 19107-4233 | PHILADELPHIA MUNICIPAL COURT<br>TRAFFIC DIVISION<br>800 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123-2616 |

| | | |
|---|---|---|
| PHILADELPHIA PARKING AUTHORITY<br>BANKRUPTCY DEPARTMENT<br>701 MARKET ST<br>PHILADELPHIA, PA 19106-1540 | PHILADELPHIA SMARTHOME<br>1912 N MARSHALL ST<br>PHILADELPHIA, PA 19122-2111 | PINCUS ELEVATOR<br>901 S BOLMAR ST SUITE Q<br>WEST CHESTER, PA 19382-4550 |
| POWER HOME REMODELING<br>2501 SEAPORT DR<br>CHESTER, PA 19013-2249 | PREMIER BUILDING RESTORATION<br>529 BETHLEHEM PIKE<br>ERDENHEIM, PA 19038-8262 | REACT ENVIRONMENTAL PROFESSIONAL SERVICES<br>6901 KINGSESSING AVE<br>PHILADELPHIA, PA 19142-1210 |
| REAL CONSTRUCTION LLC<br>124 CHESTNUT ST<br>PHILADELPHIA, PA 19106-3009 | RESCUE CONTRACTING LLC<br>3801 POPLAR STREET<br>PHILADELPHIA, PA 19104-1113 | SINNI REMOVAL SERVICE LLC<br>105 BLUE RIDGE RD<br>PLYMOUTH MEETING, PA 19462-1807 |
| SOLUTIONS CONSTRUCTION LLC<br>1845 OVERLOOK RD<br>FEASTERVILLE TREVOSE, PA 19053-3314 | SUBURBAN PROPANE LP<br>ATTN CREDIT & COLLECTIONS<br>240 ROUTE 10 WEST<br>WHIPPANY NJ 07981-2105 | SUNBELT RENTALS<br>2341 DEERFIELD DR<br>FORT MILL, SC 29715-8298 |
| SUPERIOR SCAFFOLD SERVICES<br>600 CENTER AVE<br>BENSALEM, PA 19020-6507 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 965064<br>ORLANDO, FL 32896-5064 | TAGUE LUMBER<br>560 EAST HIGH ST<br>PHILADELPHIA, PA 19144-1139 |
| TD AUTO FINANCE<br>ATTN: BANKRUPTCY<br>PO BOX 9223<br>FARMINGTON HILLS, MI 48333-9223 | THE STERLING APARTMENTS<br>1815 JOHN F KENNEDY BLVD<br>PHILADELPHIA, PA 19103-1731 | TITAN MOBILE SHREDDING LLC<br>5110 APPLEBUTTER RD<br>PIPERSVILLE, PA 18947-1029 |
| TRUIST BANK<br>ROSENBERG MARTIN GREENBERG LLP<br>25 SOUTH CHARLES STREET, 21ST FLOOR<br>BALTIMORE, MD 21201-3322 | TRUIST BANK, FORMERLY KNOWN AS BRANCH BANKIN<br>C/O JOSHUA D. BRADLEY<br>25 S. CHARLES ST, 21ST FLOOR<br>BALTIMORE, MD 21201-3322 | TRUIST/BB&T<br>ATTN: BANKRUPTCY<br>214 N TRYON ST<br>CHARLOTTE, NC 28202-1078 |
| U.S. ATTORNEY, EASTERN DISTRICT OF PA.<br>615 CHESTNUT ST STE 1250<br>PHILADELPHIA, PA 19106-4404 | U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530-0009 | U.S. SMALL BUSINESS ADMIN.<br>OFFICE OF GENERAL COUNSEL<br>409 3RD ST SW<br>WASHINGTON, DC 20416-0011 |
| UNITED RENTALS<br>100 FIRST STAMFORD PLACESTE700<br>STAMFORD, CT 06902-9200 | UNITED SITE SERVICES<br>1710 HURFFVILLE RD<br>DEPTFORD, NJ 08096 | VALLEY<br>ATTN ATTN LEGAL DEPARTMENT<br>1455 VALLEY ROAD<br>WAYNE NJ 07470-2089 |
| VIP CABINETS & BATH SUPPLY INC<br>2202 WASHINGTON AVE<br>PHILADELPHIA, PA 19146-2815 | VOLKSWAGEN CREDIT, INC<br>ATTN: BANKRUPTCY<br>PO BOX 3<br>HILLSBORO, OR 97123-0003 | WEINSTEIN SUPPLY<br>4612 LANCASTER AVENUE<br>PHILADELPHIA, PA 19131-5207 |

WELLS FARGO BANK NA
ATTN: BANKRUPTCY
1 HOME CAMPUS MAC X2303-01A 3RD FL
DES MOINES, IA 50328-0001