United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11457-mdc |
| David Scott Stafford | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 96 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Scott Stafford, 1815 John F Kennedy Blvd, Unit 1406, Philadelphia, PA 19103-1711 |
| aty | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| cr | + | Truist Bank, Formerly Known As Branch Banking & Tr, C/o Joshua D. Bradley, 25 S. Charles St, 21st Floor, Baltimore, MD 21201-3322 |
| 14798681 | + | A-1 Bracket Group Inc, 145 W Philadelphia Ave, Morrisville, PA 19067-2433 |
| 14798686 | + | A-One Electric, LLC, 461 Alcott St, Philadelphia, PA 19120-1101 |
| 14798680 | + | A.R. Sinclair LLC, 3801 Poplar St, Philadelphia, PA 19104-1113 |
| 14798682 | + | Acurio's Floors, 31 Cloverdale Ave, Upper Darby, PA 19082-1207 |
| 14798683 | + | All-State Services, 4326 Main St. Ste. 2B, Philadelphia, PA 19127-1421 |
| 14798687 | + | Apex Services Inc, 917 Ray Ave, Croydon, PA 19021-7510 |
| 14798688 | + | Aqueduct Fire Protection, 1773 Glassboro Road, Williamstown , NJ 08094-8723 |
| 14798689 | + | Architectural Window Corporation, 1901 E Hazzard St Unit A, Philadelphia, PA 19125-1304 |
| 14798690 | + | Asana Partners, L.P., 1616 Camden Road Suite 210, Charlotte, NC 28203-4925 |
| 14798691 | + | Avalon Flooring, 2030 Springdale Rd, Cherry Hill, NJ 08003-2052 |
| 14798693 | + | Brick N. 2nd Street L.P., 801 S. 47th Street, Philadelphia, PA 19143-3670 |
| 14798694 | + | Business in Balance Group, LLC, 6239 Carpenter St, Philadelphia, PA 19143-2906 |
| 14798695 | + | C&R Building Supply, 1600 Washington Ave, Philadelphia, PA 19146-3019 |
| 14798696 | + | Campos Enterprises LLC, 4936 N 6th St, Philadelphia, PA 19120-3706 |
| 14798698 | + | Carter Lumber, 601 Tallmadge Rd., Kent, OH 44240-7331 |
| 14798699 | + | Cava Building Supply, 2007 Washington Ave, Philadelphia, PA 19146-2632 |
| 14798702 | + | City Center Construction Corp., 2930 Jasper Street, Unit 206, Philadelphia, PA 19134-3525 |
| 14798705 | + | Coastal Insulation & Installed Products, 100 Lake Dr, East Windsor, NJ 08520-5364 |
| 14787286 | | Cohen Seglias Pallas Greenhall & Furman PC, 1600 Market St Fl 32, Philadelphia, PA 19103-7210 |
| 14798709 | + | Edco Insulation, 3143 Almond St, Philadelphia, PA 19134-5116 |
| 14798710 | + | Elite Fire Protection Corp, 4020 West Chester Pike, Newtown Square, PA 19073-3210 |
| 14798711 | + | Endurance Assurance Corporation, 750 3rd Ave Floor 1819, New York, NY 10017-2703 |
| 14810115 | + | Endurance Assurance Corporation, C/O Scott A. Levin, MCELROY, DEUTSCH, MULVANEY &, CARPENTER, LLP, 1617 John F. Kennedy Blvd., Suite 1500 Philadelphia, PA 19103-1815 |
| 14798712 | + | Espana Construction, 820 Washington Ave, Philadelphia, PA 19147-4717 |
| 14798713 | | Excel Plumbing, 7136 James St, Philadelphia, PA 19135 |
| 14798714 | + | Ferguson Enterprises Inc, 751 Lakefront Commons, Newport News, VA 23606-3322 |
| 14798716 | + | Fernrock Home Improvements, 111 Brill St, Lakewood, NJ 08701-4112 |
| 14798717 | + | Floor Coverings International, 5390 Triangle Parkway #125, Norcross, GA 30092-8007 |
| 14798718 | + | Gerhard's, 290 N Keswick Ave, Glenside, PA 19038-4804 |
| 14798719 | + | Gordon Glass, Ltd, 1927 Stout Dr STE 4, Warminster, PA 18974-3870 |
| 14809877 | + | Harbison Dairy Redevelopment Limited, C/O Alexander Francis Barth, 1600 Market Street, 32nd Floor, Philadelphia, PA 19103-7210 |
| 14798721 | | Harbison Dairy Redevelopment Limited, 1733 Pine St Apt 101, Philadelphia, PA 19103-6789 |
| 14798724 | + | JR Welding, 133 E Eleanor St, Philadelphia, PA 19120-3905 |
| 14798726 | + | Keystone Granite & Tile, 406 Caredean Dr., Horsham, PA 19044-1315 |
| 14798727 | + | Kingkiner Bros, 441 Leverington Ave, Philadelphia, PA 19128-3315 |
| 14798728 | + | L. Braga Hardwood Floors, 41 Monroe St., Newark, NJ 07105-2357 |
| 14798732 | + | MB Facade Group LLC, 2627 Brownsville Road, Langhorne, PA 19053-3203 |
| 14798734 | + | MNA Construction Inc, 46 Perch Dr, Mahopac, NY 10541-1938 |
| 14798730 | + | Marjam Supply Company, 885 Conklin St, Farmingdale, NY 11735-2400 |

Case 23-11457-mdc  Doc 63  Filed 01/18/24  Entered 01/19/24 00:41:12  Desc Imaged
Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 96 |

| | | |
|---|---|---|
| 14798731 | + | Mastercraft Painting & Finishes, 654 Garden Rd, Glenside, PA 19038-5110 |
| 14798733 | + | Mechanical Solutions Associates, 200 Racoosin Drive # 111, Aston, PA 19014-1572 |
| 14798735 | + | Mobile Mini, 4601 Pearce St, Philadelphia, PA 19137-1101 |
| 14798736 | + | Norman Carpet One, 574 Lancaster Ave, Bryn Mawr, PA 19010-3863 |
| 14798737 | + | Parker & Associates, 1308 Spruce St, Philadelphia, PA 19107-5864 |
| 14787293 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14787294 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14798743 | + | Philadelphia SmartHome, 1912 N Marshall St, Philadelphia, PA 19122-2111 |
| 14798744 | + | Pincus Elevator, 901 S Bolmar St Suite Q, West Chester, PA 19382-4550 |
| 14798745 | + | Power Home Remodeling, 2501 Seaport Dr, Chester, PA 19013-2249 |
| 14798746 | + | Premier Building Restoration, 529 Bethlehem Pike, Erdenheim, PA 19038-8262 |
| 14798747 | + | React Environmental Professional Services, 6901 Kingsessing Ave, Philadelphia, PA 19142-1210 |
| 14798748 | + | Real Construction LLC, 124 Chestnut St, Philadelphia, PA 19106-3009 |
| 14798749 | + | Rescue Contracting LLC, 3801 Poplar Street, Philadelphia, PA 19104-1113 |
| 14798751 | + | Sinni Removal Service LLC, 105 Blue Ridge Rd, Plymouth Meeting, PA 19462-1807 |
| 14798752 | + | Solutions Construction LLC, 1845 Overlook Rd, Feasterville Trevose, PA 19053-3314 |
| 14798755 | + | Sunbelt Rentals, 2341 Deerfield Dr, Fort Mill, SC 29715-8298 |
| 14798756 | + | Superior Scaffold Services, 600 Center Ave, Bensalem, PA 19020-6507 |
| 14798758 | + | Tague Lumber, 560 East High St, Philadelphia, PA 19144-1139 |
| 14787298 | | The Sterling Apartments, 1815 John F Kennedy Blvd, Philadelphia, PA 19103-1731 |
| 14798761 | #+ | Titan Mobile Shredding LLC, 5110 Applebutter Rd, Pipersville, PA 18947-1029 |
| 14819685 | + | Truist Bank, C/O Joshua D. Bradley, Esquire, Rosenberg Martin Greenberg LLP, 25 South Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| 14787299 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14798766 | + | United Rentals, 100 First Stamford PlaceSte700, Stamford, CT 06902-9200 |
| 14798767 | | United Site Services, 1710 Hurffville Rd, Deptford, NJ 08096 |
| 14787301 | ++ | VALLEY, ATTN ATTN LEGAL DEPARTMENT, 1455 VALLEY ROAD, WAYNE NJ 07470-2089 address filed with court:, Valley National Bank, Attn: Bankruptcy 1455 Valley Rd, Wayne, NJ 07470 |
| 14798769 | + | VIP Cabinets & Bath Supply Inc, 2202 Washington Ave, Philadelphia, PA 19146-2815 |
| 14798772 | + | Weinstein Supply, 4612 Lancaster Avenue, Philadelphia, PA 19131-5207 |

TOTAL: 70

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 17 2024 04:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14787279 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 04:31:30 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14787280 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 17 2024 04:27:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14798703 | | Email/Text: megan.harper@phila.gov | Jan 17 2024 04:28:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14787285 | | Email/Text: megan.harper@phila.gov | Jan 17 2024 04:28:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14787281 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2024 04:31:26 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14787283 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2024 04:31:25 | Citibank, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14787284 | | Email/Text: bankruptcy@philapark.org | Jan 17 2024 04:28:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14787287 | + | Email/Text: mrdiscen@discover.com | Jan 17 2024 04:27:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14787288 | ^ | MEBN | Jan 17 2024 04:22:34 | Guidance Res/US Bk, Attn: Bankruptcy 800 Nicollet Mall, Minneapolis, MN 55402-7000 |

Case 23-11457-mdc  Doc 63  Filed 01/18/24  Entered 01/19/24 00:41:12  Desc Imaged
Certificate of Notice  Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 96 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14787289 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 17 2024 04:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14787282 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 17 2024 04:31:28 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14787290 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 17 2024 04:28:00 | Keybank N.A., Attn: Bankruptcy, 4910 Tiedeman Rd OH-01-51-0622, Brooklyn, OH 44144-2338 |
| 14798729 | | Email/Text: camanagement@mtb.com | Jan 17 2024 04:28:00 | M&T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 14783401 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 04:28:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14787291 | | Email/Text: fesbank@attorneygeneral.gov | Jan 17 2024 04:28:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14787292 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 04:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14787295 | + | Email/Text: bankruptcy@philapark.org | Jan 17 2024 04:28:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14798754 | | Email/Text: _Credit&Collections@suburbanpropane.com | Jan 17 2024 04:27:00 | Suburban Propane, 240 Route 10 West, Whippany, NJ 07981 |
| 14787296 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:31:32 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14787297 | | Email/Text: jaxbanko@td.com | Jan 17 2024 04:27:00 | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 14798762 | | Email/Text: bankruptcy@bbandt.com | Jan 17 2024 04:28:00 | Truist/BB&T, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 14787300 | ^ | MEBN | Jan 17 2024 04:22:28 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14798765 | | Email/Text: bankruptcynotices@sba.gov | Jan 17 2024 04:27:00 | U.S. Small Business Admin., Office of General Counsel, 409 3rd St Sw, Washington, DC 20416-0011 |
| 14787302 | | Email/Text: vci.bkcy@vwcredit.com | Jan 17 2024 04:28:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, PO Box 3, Hillsboro, OR 97123-0003 |
| 14787303 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 17 2024 04:31:24 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd FL, Des Moines, IA 50328-0001 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14798684 | | American General Construction, Unknown |
| 14798707 | | Dave Sterling, Unknown |
| 14798715 | | Fernando DiNardo, Unknown |
| 14798723 | | Joe O'brien, Unknown |
| 14798750 | | Rustica, Unknown |
| 14798753 | | SS Finishing, Unknown |
| 14798771 | | Wall Doctor, Unknown |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14798685 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14798692 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14798697 | *+ | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

| | | |
|---|---|---|
| 14798701 | *+ | Citibank, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14798704 | * | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14798706 | * | Cohen Seglias Pallas Greenhall & Furman PC, 1600 Market St Fl 32, Philadelphia, PA 19103-7210 |
| 14798708 | *+ | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14798720 | *+ | Guidance Res/US Bk, Attn: Bankruptcy 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14798722 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14798700 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14798725 | *+ | Keybank N.A., Attn: Bankruptcy, 4910 Tiedeman Rd OH-01-51-0622, Brooklyn, OH 44144-2338 |
| 14798738 | *P++ | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL, ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION, STRAWBERRY SQUARE, 15TH FLOOR, HARRISBURG PA 17120-0001, address filed with court:, Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14798739 | * | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14798740 | * | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14798741 | *+ | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14798742 | *+ | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14798757 | * | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14798759 | * | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 14798760 | * | The Sterling Apartments, 1815 John F Kennedy Blvd, Philadelphia, PA 19103-1731 |
| 14798763 | * | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14798764 | * | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14798768 | *P++ | VALLEY, ATTN ATTN LEGAL DEPARTMENT, 1455 VALLEY ROAD, WAYNE NJ 07470-2089, address filed with court:, Valley National Bank, Attn: Bankruptcy 1455 Valley Rd, Wayne, NJ 07470 |
| 14798770 | * | Volkswagen Credit, Inc, Attn: Bankruptcy, PO Box 3, Hillsboro, OR 97123-0003 |
| 14798773 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd FL, Des Moines, IA 50328-0001 |

TOTAL: 7 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

**Name**            **Email Address**

ALEXANDER FRANCIS BARTH
                on behalf of Creditor Harbison Dairy Redevelopment Limited abarth@cohenseglias.com

CHRISTINE C. SHUBERT
                christine.shubert@comcast.net J100@ecfcbis.com

CHRISTINE C. SHUBERT
                on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com

JOSHUA DYLAN BRADLEY
                on behalf of Creditor Truist Bank  Formerly Known As Branch Banking & Trust Company jbradley@rosenbergmartin.com, smdenson@rosenbergmartin.com

MICHAEL A. CIBIK
                on behalf of Debtor David Scott Stafford mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

SCOTT AARON LEVIN
                on behalf of Creditor Endurance Assurance Corporation slevin@mdmc-law.com  nmorano@mdmc-law.com

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 96 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
DAVID STAFFORD                                    Chapter 7

                                                  Case No. 23-11457-MDC

        Debtor(s)

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A MOTION
UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727 OR 523

AND NOW, this 12th day of January 2024, upon agreement between the Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel, MICHAEL A. CIBIK, Esquire:

IT IS HEREBY AGREED that the time for the U.S. Trustee or Chapter 7 Trustee to file a Motion to dismiss under section 707(b) and/or any creditor to file a Complaint to Deny Discharge under section 727 and/or 523, is hereby extended to February 15, 2024.

IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States Trustee or any creditor to object to exemptions is hereby extended to February 15, 2024.

/s/ MICHAEL A. CIBIK

MICHAEL A. CIBIK, Esquire Counsel for the Debtor

/s/ Christine Shubert

Christine Collins Shubert, Chapter 7 Trustee

IT IS HEREBY ORDERED

_____
Honorable MAGDELINE D. COLEMAN
United States Bankruptcy Judge