## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Case No. 23-11457-mdc |
|---|---|
| David Scott Stafford, | Chapter 7 |
| Debtor. | |

**Order Granting Debtor's Motion to Dismiss Case**

**AND NOW**, upon consideration of the Debtor's Motion to Dismiss Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This case is **DISMISSED**.

3. The Debtor is prohibited from filing, individually or jointly, any subsequent bankruptcy case on or before February 6, 2025, without further leave of Court and a showing of extenuating circumstances.

Date: February 7, 2024

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge